IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC PICKARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13–cv–0133–MJR–DGW |
| | ) |
| ILLINOIS CENT. RR CO., | ) |
| | ) |
| Defendant. | ) |

## 45-DAY ORDER

**REAGAN, District Judge:**

Having been advised (via minute entry after the March 11 settlement conference, and via notice filed by Defendant) that the parties have settled the above-captioned action in its entirety but that additional time is needed to finalize settlement documents and file a Stipulation of Dismissal, the undersigned District Judge **DIRECTS** the Clerk of Court, 45 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice.  Each party shall bear his/its own costs, unless otherwise provided in the settlement documents.  If the parties fail to finalize the settlement within the 45-day period, they may — before that period expires — move to postpone entry of judgment.  Due to the settlement, the Court **CANCELS** all settings herein; all motions are **MOOT**.

IT IS SO ORDERED.

DATE: March 17, 2014          s/ *Michael J. Reagan*
                              **MICHAEL J. REAGAN**
                              United States District Judge