# United States District Court
# for the
# Southern District of Illinois

| | |
|---|---|
| ERIC PICKARD, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case Number: 13-cv-00133-MJR-DGW |
| | ) |
| v. | ) |
| | ) |
| ILLINOIS CENTRAL RAILROAD | ) |
| COMPANY, a corporation, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated March 13 2014 and Plaintiff's Notice of Voluntary Dismissal dated April 14, 2014, this action is DISMISSED with prejudice, each party shall bear his/its own costs, unless otherwise provided in the settlement documents.

Dated: April 16, 2014

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: _____
Michael J. Reagan, U.S. District Judge